> **Motion DENIED.**
>
> This the 5th day of January, 2016.
>
> /s/Louise W. Flanagan, U.S. District Judge

Jacqueline A. Faulk
Register #57708-056
FPC Alderson Range B3
Box A
Alderson, WV 24910

6 December, 2015

FILED

DEC 11 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Honorable Judge Flanagan
U.S. District Court - Eastern District
of North Carolina
413 Middle Street Room 207
New Bern, NC 28560

Re: Case No. 5:13-cr-236 2FL

Dear Honorable Flanagan:

I, Jacqueline Antoinette Faulk, was sentenced in your courtroom in the Eastern District of North Carolina and was granted all applicable jail credit to a twenty-eight month active sentence to be followed by three years of supervised release. I am writing you to provide you with an update on my productive activities and achievements I have accomplished during this period of incarceration. Also, I am requesting your assistance regarding FRP (Financial Responsibility Program) and adjudicated halfway house and home confinement release. You will find enclosed fourteen certificates of completion of programs, classes and workshops I have completed as well as category detail and descriptioned Program Review.

I would like to further validate that I have not been idle nor lazy and have witnessed too many other inmates my age that are not seeing this wake-up call to participate appropriately in my life. I am also now engaged in the Library Vocational Training Program that began on July 16, 2015, and will receive program certification from New River College here in West Virginia at the end of January 2016. I have completed education courses and am actively engaged in programs (see page 2 of Program Review). I completed Drug Education on June 8, 2015 (see page 7 of Program Review). Per the Program Review, I have always been prompt with my FRP payment, even when it is the only funds I receive.

Your Honor, my current FRP payment is $102.00 per month. Through the work program here I make twelve cents per hour, which equals to approximately $10 to $18 per month. My financial responsibility is currently being burdened upon my parents. If Your Honor could possibly understand that I have disappointed my parents enough. I want to be able to either suspend FRP until my release or at least set it at the lowest payment possible of $25.00 quarterly.

With all of the documentation you will find enclosed, I humbly ask that you please (due to my programming effort) grant my family any level of financial relief due to the sliding scale pay that is set and reamin high to the next review.