UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jacqueline Antoinette Faulk**     **Docket No. 5:13-CR-236-2FL**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jacqueline Antoinette Faulk, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. § 2113(a), 18 U.S.C. § 2113(d), and 18 U.S.C. § 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on July 10, 2014, to the custody of the Bureau of Prisons for a term of 28 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Jacqueline Antoinette Faulk was released from custody on September 6, 2016, at which time the term of supervised release commenced. On August 28, 2017, a Petition for Action on Supervised Release was filed with the court advising of the defendant's reset payment schedule and that she tested positive for cocaine on July 25, 2017. The court ordered Faulk to participate in Location Monitoring with curfew for 30 days and the DROPS Program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On two separate occasions on November 21, 2017, the defendant was charged with the following new offenses in Wayne County, North Carolina: two counts of Driving While License Revoked (17CR709761, 17CR709877); two counts of Expired Registration Card/Tag (17CR709760, 17CR709878); two counts of Expired/No Inspection (17CR709760, 17CR709878); and Speeding (17CR709877). On December 20, 2017, when Faulk was confronted with the new charges, she acknowledged driving without a valid license and also failing to notify the probation officer of the charges within 72 hours of the commission of the same. As a sanction for this violation conduct, completion of 30 days of Location Monitoring with curfew is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Jacqueline Antoinette Faulk**
**Docket No. 5:13-CR-236-2FL**
**Petition For Action**
**Page 2**

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.


/s/ Dwayne K. Benfield  /s/ Michael W. Dilda
Dwayne K. Benfield  Michael W. Dilda
Supervising U.S. Probation Officer  U.S. Probation Officer
 201 South Evans Street, Rm 214
 Greenville, NC 27858-1137
 Phone: 252-830-2342
 Executed On: December 29, 2017

## ORDER OF THE COURT

Considered and ordered this __2nd__ day of __January__, __2018__, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge